**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 01-2184**

———

L. RUTHER,

Plaintiff - Appellant,

versus

INTERFIRST CAPITAL, INCORPORATED,

Defendant - Appellee.

———

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.  (CA-01-554-A)

———

Submitted:  February 14, 2002      Decided:  February 21, 2002

———

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

L. Ruther, Appellant Pro Se.  John Thorpe Lawrence Richards, TROUT & RICHARDS, P.L.L.C., Washington, D.C., for Appellee.

———

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

L. Ruther appeals the district court's orders denying his civil action and motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ruther v. Interfirst Capital, Inc., No. CA-01-554-A (E.D. Va. filed Aug. 17, 2001 & entered Aug. 20, 2001; filed Sept. 7, 2001 & entered Sept. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2